IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TAMARA SCHWEIGERT, | CV 20–154–M–DLC |
| Appellant, | |
| vs. | ORDER |
| TRAVIS SCHWEIGERT, | |
| Appellee. | |

On December 14, 2020, this Court ordered the parties to submit a statement regarding the necessity of oral argument, or alternatively, to file a stipulation pursuant to Federal Rule of Bankruptcy Procedure 8019(g) that oral argument is unnecessary. (Doc. 6.) The parties subsequently stipulated that "the facts and legal arguments are adequately presented in the briefs and the record, and therefore," the above-captioned appeal "may be decided on the briefs." (Doc. 8.)

The Court agrees that oral argument is unnecessary. Specifically, the Court finds that "the facts and legal arguments" raised by this appeal "are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument." Fed. R. Bankr. 8019(b)(3).

Accordingly, IT IS ORDERED that this appeal shall be adjudicated without oral argument.

1

DATED this 21st day of December, 2020.

_____
Dana L. Christensen, District Judge
United States District Court