UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TAMARA SCHWEIGERT,<br><br>　　　　　Appellant,<br><br>vs.<br><br>TRAVIS SCHWEIGERT,<br><br>　　　　　Appellee. | Case No. CV-20-154-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that the judgment of the bankruptcy court that Ms. Schweigert lacked a secured claim under Montana law is AFFIRMED. IT IS FURTHER ORDERED that the bankruptcy court's sustainment of Mr. Schweigert's objection to Ms. Schweigert's proof of claim and conformation of Mr. Schweigert's Chapter 13 plan is AFFIRMED in accordance with the Order issued on today's date.

　　Dated this 11th day of February, 2021.

　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　By: /s/ A.S. Goodwin
　　　　　　　　　　　　　　　A.S. Goodwin, Deputy Clerk

